USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hogue, | |
| Plaintiff, | |
| -against- | 25-CV-7275 (NSR) |
| Comissioner of the Department of Correctional and Community Supervision (DOCCS) et al, | ORDER |
| Defendants. | |

NELSON S. ROMÁN, United States District Judge:

For avoidance of doubt, the briefing schedule entered at ECF No. 25 supersedes the briefing schedule previously entered at ECF No. 24, which has been stricken. The parties shall comply only with the deadlines and instructions set forth in ECF No. 25.  The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff (15-A-5124) at Green Haven Correctional Facility and show service on the docket.

Dated: May 15, 2026
     White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge